**John R. MISKO and Insurance Engineers, Inc., Appellants,**

v.

**Andrew WATSON, Respondent.**

**No. 59962.**

Missouri Court of Appeals, Eastern District, Division Three.

Dec. 17, 1991.

Robert A. Wulff, St. Louis, for appellants.

Hiram W. Watkins, Jr., Clayton, for respondent.

### ORDER

PER CURIAM.

Plaintiff appeals the trial court's finding against Plaintiff on his cause of action for breach of a sales agreement and for Defendant on his counterclaim.

At issue is the correct purchase price for Plaintiff's Book of Insurance Business. The agreement executed by the parties provided for two different purchase prices under different factual situations. Defendant also presented evidence of an oral agreement between the parties which amended the contract.